

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00339-CV

ACADIA HEALTHCARE COMPANY, INC.; PSYCHIATRIC RESOURCE PARTNERS, INC.; MICHAEL A. SAUL; TIMOTHY J. PALUS; PETER D. ULASEWICZ; BARBARA H. BAYMA; AND JOHN M. PIECHOCKI

APPELLANTS
AND APPELLEES

V.

HORIZON HEALTH CORPORATION

APPELLEE
AND APPELLANT

-----------

FROM THE 16TH DISTRICT COURT OF DENTON COUNTY
TRIAL COURT NO. 2011-10846-16

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered the parties' "Agreed, Joint Motion for Disposition Pursuant to Settlement." We grant the motion. In accordance with the agreement signed by the parties' attorneys, we dismiss this case in its entirety and order that the mandate be issued this same day. *See* Tex. R. App. P.

---

[1]*See* Tex. R. App. P. 47.4.

18.1(c), 42.1(a)(2)(A), 43.2(f).  And as provided in the parties' signed agreement, all costs of the trial and appeal shall be paid by the party incurring the same, for which let execution issue.  *See* Tex. R. App. P. 42.1(a)(2)(A), (d).

PER CURIAM

PANEL:  GABRIEL, J.; SUDDERTH, C.J.; and WALKER, J.

DELIVERED:  February 1, 2018